JS-6

1  BURNS & MOSS
   George S. Burns (Bar No. 124507)
2  george@burnsandmosslaw.com
   Victoria E. Moss (Bar No. 175574)
3  vem@burnsandmosslaw.com
   620 Newport Center Drive, Suite 600
4  Newport Beach, CA 92660
   Telephone: (949) 263-6777
5
   Attorneys for Plaintiff and Counter-defendant
6  Karen Shapiro

7

8                  **UNITED STATES DISTRICT COURT**
                   **CENTRAL DISTRICT OF CALIFORNIA**
9

10

11  Karen Shapiro, an individual, and as Trustee      Case No.: 2:23-cv-04762-KK-AGRx
    of the Anthopoulos-Shapiro Family Trust           Assigned for all purposes to:
    Dated July 26, 2018,                              Kenly Kiya Kato
12                                                     Courtroom.:  3

13                        Plaintiff,

14  v.                                                 **FINAL JUDGMENT**

15

16  Ravi S. Pemmasani, Computershare Trust
    Company, National Association,
17
                          Defendants.
18

19

20

21

22

23

24

25

26

27

28

1

2

3

    The Court has considered the parties' "Stipulation for Entry of Judgment and Dismissal of Counter-Claim" and pursuant to that Stipulation, and for good cause shown, the court enters JUDGMENT as follows:

4

5

6

7

8

9

10

    JUDGMENT is entered in favor of Karen Shapiro and against Ravi Pemmasani in the amount of $12,000 on the First Claim for Relief in the Second Amended Complaint ("SAC") , and JUDGMENT on the Second Claim for Relief in the SAC is entered in favor of Karen Shapiro and against Ravi Pemmasani that Ravi Pemmasani has no rights in and no claim to the $1,000,000 funds remaining in Escrow, as alleged in paragraph 43 of the SAC, and Karen Shapiro is entitled to the release of those funds.

11

    The counterclaim is dismissed without prejudice.

12

13

14   Dated: February 16, 2024      By: _____

                      KENLY KIYA KATO
                      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1